IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-94-619-CR




NICOLLE ELAINE CARMAN,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY 



NO. 93-40728-2, HONORABLE ROBERT F. B. MORSE, JUDGE PRESIDING


 




PER CURIAM



 Appellant gave notice of appeal after a jury returned a verdict finding her guilty
of driving while intoxicated. The transcript received by the Clerk of this Court does not contain
a judgment of conviction. In fact, the cover sheet of the transcript bears a notation that while the
defendant has been found guilty, the court has not assessed punishment. In a telephone
conversation with the Clerk, the district clerk confirms that appellant has not been sentenced.

 In the absence of a judgment of conviction, there is nothing to appeal. The appeal
is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed

Filed: January 4, 1995

Do Not Publish